Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 5 2013

TONY R. MOORE, CLERK
BY _____
          DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

_Donald Williams #93874_     _5:13-cv-2225 secP_
Full Name of Plaintiff, Prisoner Number     Civil Action

 

_Walter_

VS.     Judge

_Pamela R. Hearn, et al_     _Hornsby_
Defendant     Magistrate Judge

## COMPLAINT

I.   **Previous Lawsuits**

    A.   Have you begun any other lawsuit while incarcerated or detained in any facility?
      Yes ☐      No ☑

    B.   If your answer to the preceding question is yes, provide the following information.

      1.   State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

        _____

        _____

      2.   Name the parties to the previous lawsuit(s):

        Plaintiffs:   _____

        Defendants:   _____

      3.   Docket number(s): _____

      4.   Date(s) on which each lawsuit was filed: _____

      5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

        _____

2

has been dismissed?

Yes _____ No _____

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. A. Name of institution and address of current place of confinement:

*Owcc 670 Bell Hill Rd. Homer, La. 71040*

B. Is there a prison grievance procedure in this institution?

Yes ✓ No _____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ✓ No _____

If Yes, what is the Administrative Remedy Procedure number? *0269*

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

A.    Name of Plaintiff _Donald Williams_

Address _620 Bell Hill Rd. Homer, La. 71040_

B.    Defendant, _Jeffrey B. Fuller_, is employed as

_Doctor_ at _OWCC_.

Defendant, _Robert Pochelle_, is employed as

_Warden_ at _OWCC_.

Defendant, _James M. LeBlanc_, is employed as

_Secretary_ at _D.O.C.S._.

Additional defendants _____

IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

_See;_

_Arthett, et. al. v. State of Oregon,_
_et. al. USDC No. CV01-1619 BP._

V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.



1.) That the defendants pay for all court costs

VI. Plaintiff's Declaration

A.  I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

B.  I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this 30 day of July , 2013.

93824

Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons or Alien registration number)

Signature of Plaintiff

5/2006

2) That the policy was UNCONSTITUTIONAL, and awared the prisoners $25,000 each in Actual damages and $5,000,000 each in punitive damages

3) That this Honorable court order Jerry Goodwin warden to grant the plaintiffs Donald Williams, administrative Request for transferr from present housing of "wade" to Elayn Hunts correctional center so the plaintiffs Donald Williams can receive the proper medical care for her "C."

4) That this honorable court grant the plaintiff Donald Williams a temporary restraining order requiring Dr. Heaton to authorize HCV treatment immediately. A liver biopsy. Interferon treatment of HCV infected prisoner.

Dr. Heaton to prescribe Ensure drink 1 - cans 3x per day at each meal time.

Further it is recommended that plaintiff recover all costs, including reasonable attorney's fees in accordance with 42 USC 1988.

Statement of Claim

The Plaintiff's Donald Williams is under imminent danger of serious physical injury the hepatitis "c" virus is an insidious and relentless disease which is highly unpredictable and eventually fatal. It is a chronic disease which is the leading cause of cirrhosis, liver failure and liver cancer which causes an estimated 10,000 deaths annually in the United States. Plaintiff does meet the imminent danger standard courts have held that imminent physical injury must exist at the time the complaint is filed. The only exception to the paying of filing fees is serious physical injury Hepatitis "c".

## Statement of Claim

Donald Williams filed his complaint to assert claims on behalf of all t00CX prisoners who were denied HCH treatment. Class action requirements enumerated in Fed. R. Civ. P. 23 (a) (B)(2) and (B) (3), finding that plaintiffs satisfied all of the requirements of FRCP 23 (a) and (B) (2).

Jeffrey B. Fuller Doctor; Robert Rochelle-Warden Pamela F. Hearn Doctor medical director; James M. Leblanc-Secretary Louisiana department of corrections or. pamela f. Hearn refused to provide her "D" treatment based on a blanket policy that denied such treatment to prisoners with mental Health problems.

They claimed the NON-treat policy resulted from the defendants deliberate indifference to their serious medical needs, in violation of the 8-th and 14-th Amendments to the U.S. Constitution.

That defendants are aware that the G.DOC HCM policies are defective and must be changed.

Donald Williams
#93824 OWCC
670 Bell Hill Rd.
Homer, La. 71040

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 5 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

X-RAY

Clerk of court
U.S. District of La. Western District
300 Fannin St.
Shreveport, La. 71101.

US POSTAGE
$ 02.53
Mailed From 71040
08/02/2013
031A 0005181220